# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Humphrey, Ronald H. dba Trinity Auto  
   Debtor(s)

CHAPTER 13

BKY. NO. 17-11543 AMC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

 Kindly enter my appearance on behalf of M&T Bank, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 6050

            Respectfully submitted,

            **/s/Brian C. Nicholas, Esquire**
            Brian C. Nicholas, Esquire
            Thomas Puleo, Esquire
            KML Law Group, P.C.
            701 Market Street, Suite 5000
            Philadelphia, PA 19106-1532
            (215) 825-6306  FAX (215) 825-6406