IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: : | CHAPTER 13 |
| RONALD H. HUMPHREY, : | |
| : | DOCKET NO.: 17-11543-AMC |
| <u>          DEBTOR         </u> : | |
| : | |
| COMMONWEALTH OF PENNSYLVANIA : | OBJECTION TO PLAN |
| DEPARTMENT OF REVENUE, : | |
| : | |
| MOVANT : | HEARING DATE & TIME: |
| : | MAY 2, 2017 @ 10:00 A.M. |
| v. : | |
| : | |
| RONALD H. HUMPHREY, : | |
| : | RELATED TO DOCKET NO.: <u>25</u> |
| RESPONDENT : | |

CERTIFICATE OF SERVICE FOR PENNSYLVANIA
DEPARTMENT OF REVENUE'S OBJECTION TO
DEBTOR'S CHAPTER 13 PLAN

I, Joseph J. Swartz, certify under penalty of perjury that I served the above captioned pleading Objection to Debtor's Chapter 13 Plan, on the parties at the below addresses, on April 13, 2017, by:

**17-11543-AMC Notice will be electronically mailed to:**

Michael A. Cataldo2 at ecf@ccpclaw.com, igotnotices@ccpclaw.com

Michael A. Cibik2 at ecf@ccpclaw.com, igotnotices@ccpclaw.com

William C. Miller at ecfemails@ph13trustee.com, philaecf@gmail.com

Brian Craig Nicholas at bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

Joseph J. Swartz at RA-occbankruptcy2@state.pa.us,
RA-occbankruptcy6@state.pa.us

Office of the United States Trustee at ustpregion03.PH.ECF@usdoj.gov

**17-11543-AMC Notice will not be electronically mailed to:**

EXECUTED ON:  April 17, 2017

                          Respectfully submitted by,

By:   /s/ Joseph J. Swartz
       Counsel
       PA Department of Revenue
       Office of Chief Counsel
       P.O. Box 281061
       Harrisburg, PA 17128-1061
       PA Attorney I.D.:  309233
       Phone: (717) 346-4645
       Facsimile: (717) 772-1459
       JoseSwartz@pa.gov