IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              :        CHAPTER 13

Ronald H. Humphrey

       DEBTOR                                :        BKY. NO.   17-11543AMC13

**ORDER**

AND NOW, this _____ day of _____, 2017 upon consideration of Debtor's Motion to Avoid Judicial Lien of Unifund CCR Partners, Assignee of Palisades Collections, LLC,

It is Ordered that the Motion is Granted. The judicial lien of Unifund CCR Partners, Assignee of Palisades Collections, LLC pursuant to SC0808287108 entered on November 3, 2008 in the amount of $3,614.01 impairs Debtor's exemption under 11 USC 522 (D)(1) is avoidable upon discharge.

By the Court,

_____
Ashely M. Chan
U.S. BANKRUPTCY JUDGE

cc:  Michael A. Cataldo, Esquire
     Cibik & Cataldo, P.C.
     1500 Walnut Street, Suite 900
     Philadelphia, PA 19102

     William C. Miller, Esquire
     PO Box 1229
     Philadelphia, PA 19105

     Michael Ratchford, Esquire
     Edwin Abrahamsen & Associates, PC
     409 Lackawanna Avenue, Suite 320
     Scranton, PA 18503

     David G. Rosenberg, CEO
     Unifund CCR Partners
     10625 Techwoods Circle
     Cincinnati, OH 45242