**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                            :    CHAPTER 13

Ronald H. Humphrey

      DEBTOR                      :    BKY. NO.   17-11543AMC13

**O R D E R**

AND NOW, this 18th day of April, 2017 upon consideration of Debtor's Motion to Avoid Judicial Lien of Christina Cannady,

It is Ordered that the Motion is Granted. The judicial lien of Christina Cannady pursuant to SC1106063805 entered on July 21, 2011 in the amount of $1,078.00 impairs Debtor's exemption under 11 USC 522 (D)(1) is avoidable upon discharge.

By the Court,

_____
Ashely M. Chan
U.S. BANKRUPTCY JUDGE

cc:   Michael A. Cataldo, Esquire
      Cibik & Cataldo, P.C.
      1500 Walnut Street, Suite 900
      Philadelphia, PA 19102

      William C. Miller, Esquire
      PO Box 1229
      Philadelphia, PA 19105

      Christina Cannady
      3919 Poplar Street
      Philadelphia, PA 19104