United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-11543-amc
Ronald H. Humphrey                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 1              Date Rcvd: Apr 19, 2017
                              Form ID: pdf900          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 21, 2017.
db             +Ronald H. Humphrey,    5418 N. Mascher Street,    1st Floor,    Philadelphia, PA 19120-2908
               +David G. Rosenberg, CEO,    Unifund CCR Partners,    10625 Techwoods Circle,
                 Cincinnati, OH 45242-2846
               +Michael Ratchfors, Esq.,    Edwin Abrahamsen & Associates, PC,
                 409 Lackawanna Avenue, Suite 320,    Scranton, PA 18503-2059

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 21, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2017 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    M&T BANK bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSEPH JASPER SWARTZ    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              MICHAEL A. CATALDO2    on behalf of Debtor Ronald H. Humphrey ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Ronald H. Humphrey ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                              :         CHAPTER 13

Ronald H. Humphrey

      DEBTOR                                     :         BKY. NO.   17-11543AMC13

## ORDER

AND NOW, this _____ day of _____, 2017 upon consideration of Debtor's Motion to Avoid Judicial Lien of Unifund CCR Partners, Assignee of Palisades Collections, LLC,

It is Ordered that the Motion is Granted. The judicial lien of Unifund CCR Partners, Assignee of Palisades Collections, LLC pursuant to SC0808287108 entered on November 3, 2008 in the amount of $3,614.01 impairs Debtor's exemption under 11 USC 522 (D)(1) is avoidable upon discharge.

By the Court

_____
Ashely M. Chan
U.S. BANKRUPTCY JUDGE

cc:    Michael A. Cataldo, Esquire
       Cibik & Cataldo, P.C.
       1500 Walnut Street, Suite 900
       Philadelphia, PA 19102

       William C. Miller, Esquire
       PO Box 1229
       Philadelphia, PA 19105

       Michael Ratchford, Esquire
       Edwin Abrahamsen & Associates, PC
       409 Lackawanna Avenue, Suite 320
       Scranton, PA 18503

       David G. Rosenberg, CEO
       Unifund CCR Partners
       10625 Techwoods Circle
       Cincinnati, OH 45242