# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

      Chapter 13

      Bankruptcy No. 17-11543-AMC

RONALD H. HUMPHREY

5418 N. MASCHER ST  1ST FL

Philadelphia, PA 19120-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

RONALD H. HUMPHREY

5418 N. MASCHER ST  1ST FL

Philadelphia, PA 19120-

Counsel for debtor(s), by electronic notice only.

    CIBIK & CATALDO
    1500 WALNUT STREET
    SUITE 900
    PHILA, PA 19102-

                                            /S/ William C. Miller

Date: 6/8/2017                            _____

                                        William C. Miller, Esquire
                                        Chapter 13 Standing Trustee