IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| RONALD H. HUMPHREY, | : | |
| | : | DOCKET NO.: 17-11543-AMC |
| DEBTOR | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF REVENUE, | : | WITHDRAWAL OF OBJECTION |
| | : | |
| MOVANT | : | |
| | : | |
| v. | : | |
| | : | |
| RONALD H. HUMPHREY, | : | |
| | : | RELATED TO DOCKET NO.: 58 |
| RESPONDENT | : | |

CERTIFICATE OF SERVICE FOR WITHDRAWAL OF THE
PENNSYLVANIA DEPARTMENT OF REVENUE'S
OBJECTION TO DEBTOR'S PROPOSED CHAPTER 13 PLAN

I, Joseph J. Swartz, certify under penalty of perjury that I served the above captioned pleading Withdrawal of Objection to Debtor's Chapter 13 Plan, on the parties at the below addresses, on August 29, 2017, by:

**17-11543-AMC Notice will be electronically mailed to:**

Michael A. Cataldo2 at ecf@ccpclaw.com, igotnotices@ccpclaw.com

Michael A. Cibik2 at ecf@ccpclaw.com, igotnotices@ccpclaw.com

William C. Miller at ecfemails@ph13trustee.com, philaecf@gmail.com

Brian Craig Nicholas at bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

Joseph J. Swartz at RA-occbankruptcy2@state.pa.us,
RA-occbankruptcy6@state.pa.us

Office of the United States Trustee at ustpregion03.PH.ECF@usdoj.gov

Matteo Samuel Weiner at bkgroup@kmllawgroup.com

**17-11543-AMC Notice will not be electronically mailed to:**

EXECUTED ON:  August 31, 2017

                Respectfully submitted by,

By:   /s/ Joseph J. Swartz
      Counsel
      PA Department of Revenue
      Office of Chief Counsel
      P.O. Box 281061
      Harrisburg, PA 17128-1061
      PA Attorney I.D.:  309233
      Phone: (717) 346-4645
      Facsimile: (717) 772-1459
      JoseSwartz@pa.gov