## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                  :         **CHAPTER 13**
**Ronald H. Humphrey**


  **DEBTOR**                    :         **BKY. NO.  17-11543AMC13**


### CERTIFICATION OF NO RESPONSE

I, Michael A. Cataldo, Esquire, hereby certify that no answer, objection, other responsive pleading or request for hearing has been filed within the time allowed by law to the Notice of Application  and Application to Approve Counsel Fees.

Respectfully Submitted,


Date:  September 5, 2017          _____s/_____
                                 MICHAEL A. CATALDO, ESQUIRE
                                 CIBIK & CATALDO, P.C.
                                 1500 WALNUT  STREET, STE. 900
                                 PHILADELPHIA, PA  19102
                                 (215) 735-1060