```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
```

In re:                                                            Case No. 17-11543-amc
Ronald H. Humphrey                                                Chapter 13
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2              User: Virginia              Page 1 of 1              Date Rcvd: Nov 03, 2017
                                  Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2017.
db             +Ronald H. Humphrey,    5418 N. Mascher Street,    1st Floor,   Philadelphia, PA 19120-2908

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2017 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    M&T BANK bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              JOSEPH JASPER SWARTZ    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us, RA-occbankruptcy6@state.pa.us
              MATTEO SAMUEL WEINER    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              MICHAEL A. CATALDO2    on behalf of Debtor Ronald H. Humphrey ecf@ccpclaw.com, igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Ronald H. Humphrey ecf@ccpclaw.com, igotnotices@ccpclaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: RONALD HUMPHREY,<br>　　　　　　　Debtor(s). | Case No. 17-11543AMC13<br><br>Chapter 13 |

**ORDER APPROVING APPLICATION FOR COMPENSATION**

**AND NOW**, this _3rd_ day of _November_, 201_7_, upon consideration of the Application for Compensation, it is

**ORDERED and DECREED** that counsel fees in the amount of **$6,000.00** are approved and the balance due to counsel in the amount of **$5,000.00** shall be disbursed in accordance with the Chapter 13 plan.

BY THE COURT

_____
HON. ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

CIBIK & CATALDO, P.C.
Counsel for Debtor(s)
1500 Walnut St Ste 900
Philadelphia, PA  19102
ecf@ccpclaw.com

WILLIAM C. MILLER, ESQ.
Chapter 13 Trustee
PO Box 1229
Philadelphia, PA  19105
ecfemails@ph13trustee.com

RONALD HUMPHREY
Debtor(s)
5418 N. Mascher Street
Philadelphia, PA  19120