IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE                                          :Chapter 13
**Ronald H. Humphrey**


   (DEBTOR)                          :Bankruptcy#17-11543AMC13


PRAECIPE


TO THE CLERK OF THE U.S. BANKRUPTCY COURT:

    Kindly withdraw the answer to the Motion for Relief from M&T Bank filed on November 17, 2017. Document number 71.


DATED: January 12, 2018            _____/s/_____
                                   Michael A. Cataldo, Esquire
                                   Cibik and Cataldo, P.C.
                                   1500 Walnut Street, Suite 900
                                   Philadelphia, PA 19102
                                   (215) 735-1060