# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Ronald H. Humphrey dba Trinity Auto<br>　　　　　　　　　　　Debtor(s) | CHAPTER 13 |
| M&T Bank<br>　　　　　　　　　　　Movant<br>　　vs.<br>Ronald H. Humphrey dba Trinity Auto<br>　　　　　　　　　　　Debtor(s) | NO. 17-11543 AMC |
| William C. Miller Esq.<br>　　　　　　　　　　　Trustee | 11 U.S.C. Sections 362 |

## **ORDER**

　　　　AND NOW, this 16th day of January, 2018 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

　ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 5418 North Mascher Street, Philadelphia, PA 19120 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Ashely M. Chan
　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

Ronald H. Humphrey dba Trinity Auto
5418 North Mascher Street
1st Floor
Philadelphia, PA 19120

Michael A. Cataldo Esq.
1500 Walnut Street (VIA ECF)
Suite 900
Philadelphia, PA 19102

William C. Miller Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532