```
                             United States Bankruptcy Court
                             Eastern District of Pennsylvania
In re:                                                                  Case No. 17-11543-amc
Ronald H. Humphrey                                                      Chapter 13
         Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0313-2           User: PaulP                  Page 1 of 2                  Date Rcvd: Jan 30, 2018
                               Form ID: pdf900              Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2018.
db             +Ronald H. Humphrey,    5418 N. Mascher Street,    1st Floor,    Philadelphia, PA 19120-2908
13877947       +Acs Inc,    Attn: Bankruptcy,    PO Box 56317,    Philadelphia, PA 19130-6317
13877948       +Capital 1 Bank,    Attn: Bankruptcy Dept.,    PO Box 30285,   Salt Lake City, UT 84130-0285
13877949       +Christina Cannady,    3919 Poplar Street,    Philadelphia, PA 19104-1115
13877955       +Equiant Financial Svcs,    Attn: Bankrupty Dept,    5401 N Pima Rd,   Scottsdale, AZ 85250-2627
13877956       +Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
13877957       +Experian,    Profile Maintenance,    P.O. Box 9558,    Allen, Texas 75013-9558
13877958       +Frank Federman, Esq.,    Suite 1400,    1617 JFK Boulevard,    Philadelphia, PA 19103-1814
13877959       +Frank X. Cantwell,    Police & Fire Federal Credit Union,    901 Arch Street - 5th Floor,
                 Philadelphia, PA 19107-2495
13877964       +Michael Ratchford, Esquire,    1729 Pittston Avenue,    Scranton, PA 18505-4794
13877965       +Mitchell Klein, Esquire,    901 Arch Street,    Philadelphia, PA 19107-2404
13877966        PA Dept. of Revenue,    Bankruptcy Division,    Bureau of Compliance,    P.O. Box 280946,
                 Harrisburg, PA 17120-0946
13877967        PA SCDU,    PO Box 69110,    Harrisburg, PA 17106-9110
13877968       +Philadelphia Co Drs,    34 S 11th St Rm 304,    Philadelphia, PA 19107-3623
13902602       +Philadelphia Gas Works,    800 w Montgomery Avenue,    Philadelphia Pa 19122-2898,
                 Attn: Bankruptcy Dept 3F
13877970       +Police And Fire Fcu,    901 Arch Street,    Philadelphia, PA 19107-2495
13877969       +Police and Fire Credit Union,    901 Arch Street,    Philadelphia, PA 19107-2495
13882097       +Police and Fire Federal Credit Union,    901 Arch Street,    Phila., Pa. 19107-2495
13877972       +Trans Union Corporation,    Public Records Department,    555 West Adams Street,
                 Chicago, IL 60661-3631
13877973       +Unifund Ccr Partners,    Edwin A. Abrahamsen & Assoc,    1729 Pittston Avenue,
                 Scranton, PA 18505-4514

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Jan 31 2018 01:46:51     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 31 2018 01:46:41     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13919086       +E-mail/Text: bncmail@w-legal.com Jan 31 2018 01:46:37     Altair OH XIII, LLC,
                 C/O Weinstein & Riley P.S.,    2001 Western Ave Ste. 400,   Seattle, WA 98121-3132
13877952        E-mail/Text: bankruptcy@phila.gov Jan 31 2018 01:46:51     City Of Philadelphia,
                 Major Tax Unit/Bankruptcy Dept.,   1401 JFK Blvd, Room 580,   Philadelphia, PA 19102
13877953        E-mail/Text: bankruptcy@phila.gov Jan 31 2018 01:46:51     City of Philadelphia,
                 Bankruptcy Unit,   15th Floor,   1515 Arch Street,    Philadelphai, PA 19102
13974218        E-mail/Text: bankruptcy@phila.gov Jan 31 2018 01:46:51     City of Philadelphia,
                 Law Department Tax Unit,   Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13877950       +E-mail/Text: ecf@ccpclaw.com Jan 31 2018 01:46:05    Cibik and Cataldo, P.C.,
                 1500 Walnut Street,   Suite 900,   Philadelphia, PA 19102,    ccpc@ccpclaw.com 19102-3518
13877951       +E-mail/Text: ecf@ccpclaw.com Jan 31 2018 01:46:05    Cibik and Cataldo, P.C.,
                 1500 Walnut Street,   Suite 900,   Philadelphia, PA 19102-3518
13877954        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 31 2018 01:46:27    Commonwealth of PA,
                 Dept. of Revenue,   Bureau of Compliance,   P.O. Box 280946,    Harrisburg, PA 17128-0946
13877960        E-mail/Text: cio.bncmail@irs.gov Jan 31 2018 01:46:09    I.R.S.,    P.O. Box 7346,
                 Philadelphia, PA 19101-7346
13877963        E-mail/Text: camanagement@mtb.com Jan 31 2018 01:46:11     M & T Bank,   Attn: Bankruptcy,
                 1100 Wehrle Dr  2nd Floor,   Williamsville, NY 14221
13899125        E-mail/Text: camanagement@mtb.com Jan 31 2018 01:46:11     M&T Bank,   PO Box 840,
                 Buffalo, NY 14240
13885968        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 31 2018 01:46:27
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
13877971       +E-mail/Text: courtinfo@myshs.com Jan 31 2018 01:46:36     Safehome Sec,
                 55 Sebethe Drive, Suite 201,    Cromwell, CT 06416-1054
13877974        E-mail/Text: eforbes@ph13trustee.com Jan 31 2018 01:46:12     William C. Miller, Esquire,
                 Chapter 13 Trustee,   P.O. Box 40119,   Philadelphia, PA 19106-0119
                                                                                             TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
13919087*      +Altair OH XIII, LLC,    C/O Weinstein & Riley P.S.,    2001 Western Ave Ste. 400,
                 Seattle, WA 98121-3132
13877961*       I.R.S.,    P.O. Box 7346,    Philadelphia, PA 19101-7346
```

```
District/off: 0313-2          User: PaulP              Page 2 of 2                 Date Rcvd: Jan 30, 2018
                              Form ID: pdf900          Total Noticed: 35

13877962       ##+Jennifer Schaffer, Esq.,    Community Tax,    17 N. State Street,    Suite 1800,
                 Chicago, IL 60602-4548
                                                                                         TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2018                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 30, 2018 at the address(es) listed below:
          BRIAN CRAIG NICHOLAS    on behalf of Creditor    M&T BANK bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          JOSEPH JASPER SWARTZ    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
           RA-occbankruptcy6@state.pa.us
          MATTEO SAMUEL WEINER    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          MICHAEL A. CATALDO2    on behalf of Debtor Ronald H. Humphrey ecf@ccpclaw.com,
           cataldomr70146@notify.bestcase.com
          MICHAEL A. CIBIK2    on behalf of Debtor Ronald H. Humphrey ecf@ccpclaw.com,
           cibikmr70146@notify.bestcase.com
          REBECCA ANN SOLARZ    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.     on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 9
```

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RONALD H. HUMPHREY                                        Chapter 13

                    Debtor                    Bankruptcy No. 17-11543-AMC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this ___30th___ day of ___January___, 2018, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
CIBIK & CATALDO
1500 WALNUT STREET
SUITE 900
PHILA, PA 19102-

Debtor:
RONALD H. HUMPHREY

5418 N. MASCHER ST  1ST FL

PHILADELPHIA, PA 19120-